**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BRENNAN W.W. BEHNKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KURT D. SPARTZ and ) <br> T&C TRUCKING, LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-1318 |

## COMPLAINT

COMES NOW plaintiff, Brennan W.W. Behnke, and for his cause of action against defendants, Kurt D. Spartz and T&C Trucking, LLC, alleges and states as follows:

1. Plaintiff is a resident and citizen of the State of Kansas.

2. Defendant Kurt D. Spartz is a resident and citizen of the State of Minnesota.

3. Defendant T&C Trucking, LLC is a Minnesota corporation.

4. Jurisdiction is conferred on this Court pursuant to 28 USC § 1332 in that it involves citizens of different states and a sum in controversy in excess of $75,000.00 exclusive of interest and costs.

5. On August 15, 2018, in Pawnee County, Kansas, defendant, Kurt D. Spartz, negligently operated a motor vehicle thus causing a motor vehicle accident involving Plaintiff.

6. At the time of said negligence, Kurt D. Spartz was in the course of his employment with T&C Trucking, LLC. Therefore, said employer is vicariously liable for its employee's negligence.

7. As a result of defendant Kurt D. Spartz's negligence, Plaintiff sustained personal injury and other damages.

WHEREFORE plaintiff, Brennan W.W. Behnke prays for judgment against defendants, Kurt D. Spartz and T&C Trucking, LLC, and each of them, as follows:

    a.    For actual damages for a sum in excess of $75,000.00;

    b.    For the costs of this action; and

    c.    For such other and further relief as the Court deems just and equitable.

/s/ Timothy J. King
TIMOTHY J. KING #12225
ATTORNEY AT LAW
300 West Douglas, Suite 230
Wichita, Kansas 67202
T (316) 264-3333
F (316) 264-1305
king@tjkinglaw.com
Attorney for Plaintiff