IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRENNAN W.W. BEHNKE,<br><br>    Plaintiff,<br><br>v.<br><br>KURT D. SPARTZ and<br>T&C TRUCKING, LLC,<br><br>    Defendants. | Case No. 18-CV-1318 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On this date, the above-captioned matter comes before the Court for dismissal pursuant to Fed.R.Civ. 41(a)(1). Plaintiff Brennan W.W. Behnke appears by and through her attorney of record, Timothy J. King Attorney at Law. Defendants Kurt D. Spartz and T&C Trucking, LLC appear by and through their attorney of record, Paul J. Skolaut of Hinkle Law Firm LLC.

WHEREUPON, the parties stipulate and agree that no claims in the above-entitled cause remain and that the cause of action should be dismissed with prejudice to any future action with each party to bear its own costs and fees.

APPROVED BY:

TIMOTHY J. KING ATTORNEY AT LAW
300 West Douglas, Suite 230
Wichita, Kansas  67202
(316) 264-3333

/s/ Timothy J. King
Timothy J. King, #12225
king@tjkinglaw.com
**Attorney for Plaintiff**

APPROVED AND SUBMITTED BY:

HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, Kansas 67206
(316) 267-2000

/s/ Paul J. Skolaut
Paul J. Skolaut, #22143
jskolaut@hinklaw.com
**Attorney for Defendants**